IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER D. PRICE, | ) | 1:08-cv-1079 GSA |
|       Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
|       Defendant. | ) | |

Pursuant to the parties' stipulation filed on January 9, 2009, this action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses, including, but not limited to attorney's fees.

IT IS SO ORDERED.

**Dated:   January 15, 2009**               **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1